IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ROBERT E. SAMPSON, | |
| Plaintiff, | Civil Action No. 7:15CV00465 |
| v. | **ORDER** |
| HIGHLAND COUNTY VA BOARD OF SUPERVISORS, et al., | Hon. Glen E. Conrad<br>Chief United States District Judge |
| Defendants. | |

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

as follows:

1. Defendant Highland County Board of Supervisors' motion to dismiss, Docket No. 30, is **GRANTED**;

2. Defendant Mayor of Monterey's motion to dismiss, Docket No. 35, is **GRANTED**;

3. Defendant Sheriff T.J. Duff's motion to dismiss, Docket No. 37, is **DENIED** to the extent plaintiff asserts a claim of false arrest against Sheriff Duff in his individual capacity;

4. Plaintiff's motion to appoint counsel, Docket No. 42, is **DENIED**; and

5. Plaintiff's motion for a jury trial, Docket No. 41, is **TAKEN UNDER ADVISEMENT**.

The Clerk is directed to send copies of this order and accompanying memorandum opinion to the plaintiff and all counsel of record.

ENTER: This 13th day of April, 2017.

_____
Chief United States District Judge