IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ROBERT E. SAMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 7:15CV00465 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| HIGHLAND COUNTY VA | ) | Hon. Glen E. Conrad |
| BOARD OF SUPERVISORS, et al., | ) | Chief United States District Judge |
| | ) | |
| Defendants. | ) | |

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

that defendant Sheriff Duff's motion for summary judgment is **GRANTED** and plaintiff's claims against him are **DISMISSED**.

The Clerk is directed to strike this case from the court's active docket. The Clerk is further directed to send copies of this order and accompanying memorandum opinion to the plaintiff and all counsel of record.

ENTER: This 23rd day of May, 2017.

/s/ Glen E. Conrad
Chief United States District Judge